**Exhibit A to the Complaint**

**Location:** Albany, NY  
**Total Works Infringed:** 26  
**IP Address:** 24.25.142.65  
**ISP:** Spectrum

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 7B75F10ACF4BAA5B3A8D5265CFCAC24A2F0E0B18 | 02/01/2019 21:13:01 | Tushy | 01/26/2019 | 02/22/2019 | PA0002155150 |
| 2 | 02468FB5936B82D569B3718F48FF71EEBE6C9E14 | 11/22/2017 12:34:34 | Tushy | 07/05/2017 | 07/06/2017 | PA0002041555 |
| 3 | 1A032CB38BB2AF87DAF2B239A1A17B6C713EBC26 | 12/18/2017 12:14:59 | Blacked | 08/03/2017 | 08/17/2017 | PA0002077671 |
| 4 | 1C9EF4F47C9DF31FC3FCBF658C0B811B1899F89C | 08/04/2018 03:24:25 | Blacked Raw | 07/01/2018 | 07/26/2018 | PA0002112161 |
| 5 | 259A2C3790345E1C8DE8609B1D36987D0AA87E7C | 10/12/2018 21:59:55 | Blacked | 10/12/2018 | 10/28/2018 | PA0002130455 |
| 6 | 2D0A58AC281F78D3727962D95C09C7F154AE8142 | 08/10/2018 22:08:29 | Blacked Raw | 01/02/2018 | 01/26/2018 | PA0002101761 |
| 7 | 49A1D886A1711143CC83DEF5C95A7E1677CADCE7 | 05/10/2017 10:44:51 | Vixen | 05/09/2017 | 06/22/2017 | PA0002039298 |
| 8 | 4A3136B25E195764C6A5BFB40F2A05BF4D67FC78 | 01/14/2019 12:31:06 | Blacked | 10/27/2018 | 12/10/2018 | PA0002145828 |
| 9 | 4F0D3D0FD3F88791F4933080453A052BE6924F22 | 10/22/2017 00:08:56 | Tushy | 10/08/2017 | 10/19/2017 | PA0002058298 |
| 10 | 5C208E2ABF6083135CA52776A02D87442F215D60 | 06/19/2017 21:58:01 | Tushy | 06/15/2017 | 07/07/2017 | PA0002070815 |
| 11 | 5EBAA857DB4CB94E7B579561C0FBE666094E0A10 | 08/17/2018 10:57:35 | Blacked Raw | 06/16/2018 | 07/14/2018 | PA0002128317 |
| 12 | 6671533EE8277923DF4254534389F8630C5BF901 | 11/19/2017 17:17:28 | Blacked | 11/16/2017 | 11/21/2017 | PA0002098042 |
| 13 | 84BEF1867B3EF57983478E33EBCC9E016308D060 | 05/13/2017 20:42:51 | Tushy | 05/11/2017 | 06/22/2017 | PA0002039286 |
| 14 | 88F141141A30BFF7CE73552E3E170D8D0E470CBF | 10/05/2018 01:06:58 | Blacked Raw | 10/04/2018 | 10/16/2018 | PA0002127787 |
| 15 | 8C181C914B032A03802591000ADE134AFBBEFB70 | 12/12/2018 12:36:29 | Blacked | 12/11/2018 | 01/22/2019 | PA0002147907 |
| 16 | 901129DA9629352ECBB99FF90FE06A5F749AF4DD | 09/22/2017 11:33:57 | Blacked | 09/12/2017 | 09/15/2017 | PA0002052846 |
| 17 | A1A56A2B98ABF91CD9C6DAEB2EA4DF592C17CA31 | 09/28/2018 10:27:08 | Blacked | 09/22/2018 | 11/01/2018 | PA0002143419 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | A79E1BEA716422681872B46A4AC579C82B92D143 | 12/15/2018 17:43:42 | Blacked Raw | 12/08/2018 | 12/18/2018 | PA0002141919 |
| 19 | B2FD66E2AC3041F5BC1B47E10AB19BFE17034FE9 | 04/30/2018 10:50:36 | Blacked Raw | 04/12/2018 | 06/18/2018 | PA0002126637 |
| 20 | B630489F04C8118DAEF61613C751E2E19BBBB8C8 | 01/09/2018 12:41:23 | Tushy | 01/01/2018 | 01/22/2018 | PA0002101767 |
| 21 | D0A97AC5B06C43E90F5DBD041EA282F4D52326D0 | 05/26/2017 11:19:21 | Blacked | 05/25/2017 | 06/22/2017 | PA0002039290 |
| 22 | D6273EE348C2274701FD6550CE62A3865892BA96 | 01/12/2019 19:45:25 | Blacked | 01/10/2019 | 02/02/2019 | PA0002155382 |
| 23 | EBC75FD3F24B24A008F1CB3134B8FD15ED6A438E | 10/26/2017 11:38:06 | Tushy | 06/20/2017 | 07/07/2017 | PA0002070816 |
| 24 | EE4E2D333BE36AA0973EFF24E5752B93B6A9CC70 | 08/10/2018 21:50:17 | Tushy | 08/09/2018 | 09/05/2018 | PA0002135685 |
| 25 | F29F8BFA625303010336ADE093A1C92C6B77DB05 | 07/14/2018 20:33:44 | Vixen | 07/13/2018 | 08/07/2018 | PA0002131906 |
| 26 | F9CFE8F13800B0DCEFEC2EDECE09D1DA5F70A22A | 09/28/2018 21:53:16 | Tushy | 05/16/2018 | 06/19/2018 | PA0002126446 |